**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                          CASE NO: 3:04cr49-001

KENTORA CURRENT COWART,
    Defendant.
_____/

**ORDER REDUCING SENTENCE**

    Before the Court is the Government's Rule 35 Motion advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government in the investigation and prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced from 211 months to 175 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 13 August 2004 shall remain unchanged.

    **ORDERED** this 19th day of July, 2006.

                                                                 s/*L.A. Collier*
                                                                  LACEY A. COLLIER
                                                     Senior United States District Judge